UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
              :
UNITED STATES OF AMERICA,     :
              :
              :     21 Cr. 587-02 (LGS)
      -against-     :
              :     <u>SCHEDULING ORDER</u>
THOMAS PARKER, SR.,     :
            Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that Defendant Thomas Parker Sr.'s sentencing hearing shall be held on **January 10, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **December 13, 2022**.  The Government's pre-sentencing submission, if any, shall be filed by **December 16, 2022.**

Dated:  September 19, 2022
         New York, New York

                                                     LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**