# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000

29 BROADWAY, SUITE 1412  
NEW YORK, N.Y. 10006  
212-608-7949

973-746-1490 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

March 27, 2023

Via ecf  
Hon. Lorna G. Schofield, U.S.D.J.  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: *United States v. Parker, et al.*, 21-cr-587

Dear Judge Schofield:

I represent Thomas Parker, Sr. who is scheduled to be sentenced by the Court on April 10, 2023. I write, respectfully, to request that the sentence be continued for an additional 60 days. The Court had granted us time to gather records, however, for instance, the NYC Board of Education has written that the records will not be available until mid-May. As was noted in the previous continuance request in December, collecting these records is important, since Mr. Parker was in and out of institutions for much of his development years.

I have contacted AUSA Mitzi Steiner who has no objection to a continuance.

Respectfully submitted,  
*/s/ Jean D. Barrett*  
Jean D. Barrett  
Attorney for Thomas Parker, Sr.

cc:   All counsel via ecf

Application Granted.  Defendant Thomas Parker, Sr's sentencing hearing in 21 Cr. 587 (LGS) and 21 Cr. 677 (LGS) is adjourned from April 10, 2023, to **June 13, 2023, at 11:00 a.m**.  Defendant's sentencing submission shall be filed by **May 30, 2023**.  The Government's submission shall be filed by **June 2, 2023**.  The Clerk of the Court is directed to terminate the letter motion at docket number 86 in 21 Cr. 587.

Dated: March 27, 2023  
New York, New York

C:\CASE FILES\SENTENCES\CASES\Parker, Thomas\Judge Schofield 3-27-23.wpd

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE