UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                                                   21 Cr. 587-01 (LGS)
            -against-                      21 Cr. 677 (LGS)

   THOMAS PARKER SR,                           ORDER
                             Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing previously scheduled for July 17, 2023, is adjourned to **September 19, 2023, at 11:00 a.m**.

Dated: July 14, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**