UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

THOMAS PARKER SR,
                                Defendant.
------------------------------------------------------------X

21 Cr. 587-01 (LGS)
21 Cr. 677 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the sentencing hearing previously scheduled for September 19, 2023, is adjourned to **October 3, 2023, at 11:00 a.m**. due to a conflict in the Court's calendar.

Dated: September 13, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE